## 63320. AMERICAN PRINTING FINISHERS, INC. v. H. B. FULLER COMPANY.

Sognier, Judge.

Upon further consideration we conclude that the application for interlocutory appeal granted previously by order of this Court dated September 14, 1981 was improvidently granted.

*Appeal dismissed. Pope, J., concurs. Deen, P. J., concurs specially.*

Decided April 21, 1982.

*William A. Wehunt,* for appellant.
*Edwin Hoffman, J. Robert Persons,* for appellee.

Deen, Presiding Judge, concurring specially.

As this case is controlled by *Findley v. Downing Motors,* 79 Ga. App. 682 (54 SE2d 716) (1949), I concur in the judgment of dismissal and the appeal having been granted improvidently.